UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TAMMY HAWKINS, *et al*.,

     Plaintiffs,                  Case No. 3:24-cv-225

vs.

MYHERITAGE LTD., *et al.*,      District Judge Michael J. Newman

     Defendants.

---

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE (Doc. No. 16)

---

The Court **DENIES** Defendants' motion to dismiss (Doc. No. 16) as moot given Plaintiffs recently filed an amended complaint.  Doc. No. 17.

**IT IS SO ORDERED.**

November 7, 2024             s/*Michael J. Newman*
                                    Hon. Michael J. Newman
                                    United States District Judge